IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA OF
NORTHERN DIVISION

| | |
|---|---|
| JOHN E. WHITE, #148157, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | CASE NO. 2:09-cv-0678-MEF |
| ) | WO |
| RICHARD ALLEN, *et al.,* ) | |
| ) | |
| Defendants. ) | |

# **O R D E R**

After an independent review of the file, it is the ORDER, JUDGMENT and DECREE of the court that:

1. The plaintiff's objection (Doc. #18) to the Recommendation of the Magistrate Judge filed on August 4, 2009 is overruled;

2. The Recommendation of the Magistrate Judge (Doc. #13) entered on July 29, 2009 is adopted;

3. The motion for preliminary injunction filed by the plaintiff is DENIED.

DONE this the 14th day of August, 2009..

                                                                   /s/ Mark E. Fuller
                                        CHIEF UNITED STATES DISTRICT JUDGE